FORM 8. Entry of Appearance                                                                                              Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FairWarning IP, LLC    v.    Iatric Systems, Inc.

No. 15-1985

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Iatric Systems, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☒ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Lisa Tittemore
Law Firm: Sunstein Kann Murphy & Timbers LLP
Address: 125 Summer Street
City, State and Zip: Boston, MA 02110-1618
Telephone: 617.443.9292
Fax #: 617.443.0004
E-mail address: ltittemore@sunsteinlaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 09/17/2015              Signature of pro se or counsel /s/ Lisa Tittemore

cc: See attached Cert of Svc

Reset Fields

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Entry of Appearance with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 17th day of September, 2015, which will send notice of such filing to all registered CM/ECF users.


<u>Lisa Tittemore</u>            <u>/s/ Lisa Tittemore</u>
Name of Counsel            Signature of Counsel

**Law Firm:**            Sunstein Kann Murphy & Timbers LLP
**Address:**            125 Summer Street
**City, State, ZIP:**   Boston, MA 02110-1618
**Telephone Number:** 617.443.9292
**FAX Number:**         617.443.0004
**E-mail Address:**     ltittemore@sunsteinlaw.com