**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

FairWarning IP, LLC   v.   Iatric Systems, Inc.

No. 15-1985

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: FairWarning IP, LLC
                             Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Sean A. Passino
Law Firm: Hauptman Ham, LLP
Address: 2318 Mill Road, Suite 1400
City, State and Zip: Alexandria, Virginia 22314
Telephone: 703-684-1111
Fax #: 703-518-5499
E-mail address: spassino@ipfirm.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 17, 2015   Signature of pro se or counsel /s/ Sean A. Passino

cc: Brandon Scruggs, et al., Iatric Systems

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2015, I served the foregoing Entry of Appearance for Sean A. Passino on counsel of record by ECF and e-mail:

Brandon Scruggs
Lisa M. Tittemore
Sharona H. Sternberg
Sunstein Kann Murphy & Timbers LLP
125 Summer St.
Boston, MA 02110

By:   /s/ Sean A. Passino

Sean A. Passino
Rachel K. Pilloff
Hauptman Ham, LLP
2318 Mill Road, Suite 1400
Alexandria, VA 22314
Tel:  703-684-1111
Fax: 703-518-5499
Email: spassino@ipfirm.com

*Counsel for Appellant FairWarning IP, LLC*